```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BOC AVIATION LIMITED, :
:
Plaintiff, :
: 22-cv-2070 (LJL)
-v- :
: UNSEALING ORDER
AIRBRIDGECARGO AIRLINES, LLC, :
:
Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court previously filed several orders under seal in this matter. On March 24, 2022, Plaintiff filed proof of service on the docket. Dkt. No. 22. Accordingly, Records Management is respectfully directed to upload the Court's sealed orders at Dkt. Nos. 12, 17, and 21 on the Electronic Case Filing system.

    SO ORDERED.

Dated: March 25, 2022
       New York, New York

                                                LEWIS J. LIMAN
                                          United States District Judge