```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
BOC AVIATION LIMITED,                                           :
                                                                :
                              Plaintiff,                        :
                                                                :          22-cv-2070 (LJL)
              -v-                                               :
                                                                :              ORDER
AIRBRIDGECARGO AIRLINES, LLC,                                   :        FILED UNDER SEAL
                                                                :
                              Defendant.                        :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2022

LEWIS J. LIMAN, United States District Judge:

On March 17, 2022, Plaintiff BOC Aviation Limited ("Plaintiff") filed an ex parte motion under seal to extend the Court's order sealing its March 13, 2022 *Ex Parte* Order for Immediate Possession of Aircraft and Injunction. Dkt. No. 15. The request is granted.

It is hereby ORDERED that:

The deadline for service on Defendant shall be extended to noon EDT on March 23, 2022;

The hearing transcript and March 13, 2022 *Ex Parte* Order for Immediate Possession of Aircraft and Injunction shall continue to remain under seal until the earlier of the date on which it is confirmed that service has been effected on Defendant or the date on which Plaintiff takes possession of the Aircraft; and

This Order shall be filed under seal and remain under seal until the Court directs otherwise.

SO ORDERED.

Dated: March 17, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge