```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
BOC AVIATION LIMITED,                                             :
                                                                  :
                                Plaintiff,                        :
                                                                  :
                -v-                                               :
                                                                  :
AIRBRIDGECARGO AIRLINES, LLC,                                     :
                                                                  :
                                Defendant.                        :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _03/22/2022_

22-cv-2070 (LJL)

ORDER
FILED UNDER SEAL

LEWIS J. LIMAN, United States District Judge:

On March 22, 2022, Plaintiff BOC Aviation Limited ("Plaintiff") again filed an ex parte motion under seal to extend the Court's order sealing its March 13, 2022 *Ex Parte* Order for Immediate Possession of Aircraft and Injunction.  Dkt. No. 19.  The request is granted.

It is hereby ORDERED that:

The deadline for Plaintiff to file proof of service on Defendant shall be extended to 5:00 p.m. EDT on March 24, 2022;

All documents currently under seal shall remain under seal until the earlier of the date on which proof of service is filed, on which Plaintiff learns that Defendant has received the documents from the process agent, or on which Plaintiff takes possession of the Aircraft; and

This Order shall be filed under seal and remain under seal until the Court directs otherwise.


SO ORDERED.


Dated: March 22, 2022
       New York, New York                    _____
                                                     LEWIS J. LIMAN
                                             United States District Judge