```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BOC AVIATION LIMITED,                                              :
:
                Plaintiff,                          :
:    22-cv-2070 (LJL)
        -v-                                                        :
:    <u>ORDER</u>
AIRBRIDGECARGO AIRLINES, LLC, and VOLGA-          :
DNEPR LOGISTICS B.V.,                                              :
:
                Defendants.                         :
X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The Court held an in-person hearing on Plaintiff's motion for a preliminary injunction, Dkt. No. 46, on November 3, 2022. Both parties agreed to the admissibility of the declarations submitted in connection with the motion and agreed not to submit oral testimony. This order memorializes the orders discussed and issued at the hearing.

      Plaintiff has until November 7, 2022 to submit declaration(s) and supporting evidence, in any, in further support of their motion, particularly with respect to the issue of irreparable harm. Defendants shall file any opposition, including declarations and supporting evidence, by November 10, 2022. Plaintiff shall file any reply by November 12, 2022.

      The initial conference currently scheduled for November 10, 2022 is rescheduled to December 13, 2022 at 2:00 p.m.

      SO ORDERED.

Dated: November 3, 2022
       New York, New York
                                                          LEWIS J. LIMAN
                                                        United States District Judge