# MCGRAIL & BENSINGER LLP

888-C 8th Ave. #107, New York, NY 10019
Ph: (917) 509-7818
gvazquez@mcgrailbensinger.com
www.mcgrailbensinger.com

December 29, 2022

Honorable Lewis J. Liman
United States District Judge
500 Pearl Street, Room 1620
New York, NY 10007

**Re:** **BOC Aviation Limited v. AirBridgeCargo Airlines, LLC and Volga-Dnepr Logistics B.V., Case No. 22 CIV 2070 (LJL)**

Dear Judge Liman:

We represent AirBrigeCargo Airlines, LLC and Volga-Dnepr Logistics B.V. in the above-referenced litigation.  Due to a scheduling conflict impacting both myself and Mr. Train-Gutiérrez, we are requesting a new date and time for the preliminary conference, which the Court just recently scheduled for January 5, 2023 at 12:00pm EST via teleconference.  We have conferred with counsel for Plaintiff, who consents to this request.

Counsel for the parties have discussed available dates.  Due to conflicting schedules impacting availability during the week following January 5, 2023, we propose the preliminary conference be rescheduled for January 3, 2023 between 10:00am – 4:00pm EST, assuming the Court is available at that time.

This is the first request for an adjournment of the preliminary conference date.

Respectfully submitted,

Gabrielle Y. Vázquez
*Counsel for Defendant-Counterclaimant*
*AirBridgeCargo Airlines, LLC and*
*Defendant Volga-Dnepr Logistics, B.V.*

Cc.     All counsel of records via ECF

The motion to adjourn the conference is GRANTED. The conference is rescheduled to January 3, 2023 at 12:00 p.m. EST via teleconference.  12-30-22.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge