```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
BOC AVIATION LIMITED,                                                :
:
Plaintiff,                                      :
:          22-cv-2070 (LJL)
-v-                                          :
:              ORDER
AIRBRIDGECARGO AIRLINES, LLC, and VOLGA-     :
DNEPR LOGISTICS B.V.                                                 :
:
Defendants.                                     :
X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

    The Court held an initial pretrial conference in this matter on January 3, 2023. This order memorializes the Court's decisions at that conference.

    The parties shall file a Joint Pretrial Order by June 5, 2023 that will include declarations of witnesses that the parties propose to call in their direct case, any motions in limine, and proposed findings of fact and conclusions of law in the form of a pretrial brief. Parties shall file oppositions to motions in limine, if any, on June 12, 2023. The bench trial shall begin at 9:00 a.m. on June 20, 2023 in Courtroom 15C at the 500 Pearl Courthouse. The Court shall hold oral argument on June 29, 2023 at 10:00 a.m. in Courtroom 15C at the 500 Pearl Courthouse to hear from the parties on findings of fact and conclusions of law.

    The final discovery deadline is May 19, 2023. The parties are directed to meet and confer to agree to a proposed case management plan for interim discovery deadlines. The parties shall submit that plan by January 6, 2023.

    SO ORDERED.

Dated: January 3, 2023
       New York, New York                                           LEWIS J. LIMAN
                                                            United States District Judge