```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
BOCA AVIATION LIMITED,                                           :
:
                Plaintiff,                            :
:    22-cv-2070 (LJL)
    -v-                                                         :
:    ORDER
AIRBRIDGECARGO AIRLINES, LLC, and                                :
VOLGA-DNEPR LOGISTICS B.V.,                                      :
:
                Defendants.                          :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated the hearing today, the Court orders that Plaintiff make the following two General Electric engines of Model GEnx-2B67/P available for inspection by Defendants: (1) the engine with serial number 959350 (the "SBL Engine"), owned by SB Leasing Ireland Limited ("SBL Ireland") and (2) the engine with serial number 959228 ("Rainbow Engine 1"), owned by Rainbow Leasing Limited.

      Such inspection is not to occur before March 6, 2023, but at any date after March 6, 2023, as reasonably requested by the Defendants, after Defendants having given to Plaintiff three business days notice. Such inspection is to be at the cost of Defendants. Plaintiff shall have the right to have a representative present for all aspects of the inspection and able to take photographs and document the inspection.

      SO ORDERED.

Dated: March 2, 2023
       New York, New York                                LEWIS J. LIMAN
                                                     United States District Judge