```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
BOCA AVIATION LIMITED,                                               :
                                                                     :
                              Plaintiff,                             :
                                                                     :      22-cv-2070 (LJL)
         -v-                                                         :
                                                                     :           ORDER
AIRBRIDGECARGO AIRLINES, LLC, and                                    :
VOLGA-DNEPR LOGISTICS B.V.,                                          :
                                                                     :
                              Defendants.                            :
--------------------------------------------------------------------- X
```

LEWIS J. LIMAN, United States District Judge:

For the reasons stated on the record at the hearing yesterday, the Court imposes a total sanction of $100,000 (constituted by $40,000 for the paperwork and $60,000 for the engines) per week on each Defendant, payable to the Plaintiff. This sanction will begin to accrue two weeks from today, on March 16, 2023, with continual accruals occurring once every week thereafter until Defendants comply with the Court's order of November 21, 2022, Dkt. No. 70.

The Court also imposes an independent total sanction of $100,000 (constituted by $40,000 for the paperwork and $60,000 for the engines) per week on each Defendant. The first payment shall be made to the Clerk of the Court of the Southern District of New York two weeks from today, on March 16, 2023, with each Defendant to submit an additional check to the Clerk of the Court every week thereafter until Defendants comply with the Court's order of November 21, 2022. Dkt. No. 70. Defendants may satisfy this obligation by making a payment by check, payable to the "Clerk of Court, SDNY". The Defendants also have the option to pay the sanctions via wire transfer. If they choose to do so, they should contact the Finance Department of the United States District Court for the Southern District of New York for further instructions.

Finally, the Court conditionally awards Plaintiff its attorneys' fees and costs incurred in compelling Defendants' compliance with this Court's orders. Plaintiff is ordered to submit an application for attorneys' fees and costs by March 10, 2023. If Defendants so choose, they may file an opposition brief solely limited to the issue of the amount of the attorneys' fees by March 17, 2023. Defendants will be ordered to pay the approved attorneys' fees and costs within 30 days after the Court approves the final award.

SO ORDERED.

Dated: March 3, 2023
       New York, New York                              LEWIS J. LIMAN
                                                       United States District Judge