```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
BOCA AVIATION LIMITED,                                               :
:
Plaintiff,                                :
:        22-cv-2070 (LJL)
-v-                                        :
:        ORDER
AIRBRIDGECARGO AIRLINES, LLC, and                                    :
VOLGA-DNEPR LOGISTICS B.V.,                                          :
:
Defendants.                               :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated on the record at the hearing on March 2, 2023, the Court awarded Plaintiff its attorneys' fees and costs incurred in compelling Defendants' compliance with this Court's orders. Pursuant to the Court's order at the hearing on March 2, 2023, further memorialized in written order on March 3, 2023, Dkt. No. 124, Plaintiff filed an application for attorneys' fees and costs on March 10, 2023, seeking $79,975.50 in attorneys' fees and $1,431.21 in costs, for a total award of $81,406.71, Dkt. No. 130. The parties subsequently filed a joint letter agreeing that attorneys' fees in the amount of $74,975.50 and costs in the amount of $1,431.21 are reasonable, for a total amount of $76,406.71. Dkt. No. 134. The parties also agreed that such agreement on the reasonableness of fees and costs does not constitute a waiver of Defendants' argument against Plaintiff's entitlement to recover said fees and costs. *Id.*

      Plaintiff's application for attorneys' fees is GRANTED IN PART and DENIED IN PART pursuant to the joint letter submitted by the parties. *Id.* The Court awards Plaintiff $74,975.50 and costs in the amount of $1,431.21, for a total amount of $76,406.71. Defendants are hereby ordered to pay the sum of $76,406.71 to Plaintiff. The Clerk of Court is respectfully directed to close Dkt. No. 130.

      SO ORDERED.

Dated: March 16, 2023
       New York, New York
                                                  LEWIS J. LIMAN
                                                  United States District Judge