UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BOCA AVIATION LIMITED,

                Plaintiff,                           22 **CIVIL** 2070(LJL)

       -against-                                **JUDGMENT**

AIRBRIDGECARGO AIRLINES, LLC, and
VOLGA-DNEPR LOGISTICS B.V.,

                Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 11, 2023, the Court awards Plaintiff a judgment of damages in the amounts of $175,882,727 for the '117 Aircraft, $179,547,949 for the '119 Aircraft, and $50,770,020 for the '118 Aircraft, for a sum total of $406,200,696. The Court does not award specific performance. The Clerk of Court is respectfully directed to enter judgment in the amount of $406,200,696 for Plaintiff; accordingly, the case is closed.

**Dated:**  New York, New York

       April 11, 2023

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                **BY:**

                                                       **Deputy Clerk**