```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
BOCA AVIATION LIMITED,                                                 :
                                                                       :
                              Plaintiff,                               :
                                                                       :       22-cv-2070 (LJL)
            -v-                                                        :
                                                                       :           ORDER
AIRBRIDGECARGO AIRLINES, LLC, and                                      :
VOLGA-DNEPR LOGISTICS B.V.,                                            :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

In the Court's Opinion and Order dated April 11, 2023, the Court directed the parties to submit letter briefs on the question of the effect of the Opinion and Order on the award of coercive sanctions payable to the Court. Dkt. No. 150 at 57. The Parties agree that the coercive sanctions have been rendered moot by this Court's Opinion and Order. Dkt. Nos. 156, 157. For the reasons provided in the letters, the coercive sanctions payable to the Court are rendered moot, and the Court vacates the Court's prior order, Dkt. No. 124, to the extent that it requires payment of sanctions to the Court and inclusive of any payments for coercive sanctions due on or before the date of this Order, April 19, 2023, and relieves Defendants of the obligation to pay coercive sanctions to the Court.

SO ORDERED.

Dated: April 19, 2023
       New York, New York                             _____
                                                      LEWIS J. LIMAN
                                                      United States District Judge