```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
BOC AVIATION LIMITED,                                            :
                                                                 :
                           Plaintiff,                            :
                                                                 :         22-cv-2070 (LJL)
       -v-                                                       :
                                                                 :         ORDER
AIRBRIDGECARGO AIRLINES, LLC, and                                :
VOLGA-DNEPR LOGISTICS B.V.,                                      :
                                                                 :
                           Defendants.                           :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2023

LEWIS J. LIMAN, United States District Judge:

Plaintiff has informed the Court of a typographical error in the caption of the Opinion and Order filed on April 11, 2023, Dkt. No. 150, and the accompanying Judgment entered by the Clerk of Court that same day, Dkt. No. 152. *See* Dkt. No. 164 (Plaintiff's letter). The caption on both the Opinion and Order and the Judgment currently states that Plaintiff is "BOC**A** AVIATION LIMITED". The caption, however, should state that Plaintiff is "BOC AVIATION LIMITED". This error has no impact on the Opinion of the Court.

The Clerk of Court is respectfully directed to enter a corrected judgment with the caption reflecting that Plaintiff is "BOC AVIATION LIMITED".

SO ORDERED.

Dated: May 3, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge