**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BOC AVIATION LIMITED,

                Plaintiff,                          22 **CIVIL** 2070 (LJL)

    -against-                        **CORRECTED JUDGMENT**

AIRBRIDGECARGO AIRLINES, LLC, and
VOLGA-DNEPR LOGISTICS B.V.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 11, 2023, and the Court's Order dated May 3, 2023, the Court has awarded Plaintiff a judgment of damages in the amounts of $175,882,727 for the '117 Aircraft, $179,547,949 for the '119 Aircraft, and $50,770,020 for the '118 Aircraft, for a sum total of $406,200,696. The Court does not award specific performance. Judgment is entered in the amount of $406,200,696 for Plaintiff; accordingly, the case is closed.

**Dated:**  New York, New York
        May 3, 2023

                                                  **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                          **BY:**    *K. Mango*

                                                       **Deputy Clerk**