UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BOC AVIATION LIMITED,                       :
                    Plaintiff,        Case No. 22 Civ. 2070 (LJL)
                                                  :
  - against -
                                                 :
AIRBRIDGECARGO AIRLINES, LLC, and      **ORDER CONCERNING PRIOR**
VOLGA-DNEPR LOGISTICS B.V.,          :  **AWARD OF ATTORNEYS'**
                                                    **FEES AND COSTS**
                    Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       WHEREAS, on March 2, 2023, the Court awarded Plaintiff BOC Aviation Limited ("BOCA") its attorneys' fees and costs incurred in compelling Defendants AirBridgeCargo Airlines, LLC and Volga-Dnepr Logistics B.V. (together, "Defendants") to comply with the Court's prior orders;

       WHEREAS, the Court's March 2, 2023 order was further memorialized in a written order on March 3, 2023, Dkt. No. 124, directing BOCA to submit an application for attorneys' fees and costs, establishing a briefing schedule, and ordering Defendants to pay the approved attorneys' fees and costs within thirty days after the Court approves the final award;

       WHEREAS, BOCA filed an application for attorneys' fees and costs on March 10, 2023, seeking $79,975.50 in attorneys' fees and $1,431.21 in costs, for a total award of $81,406.71, Dkt. No. 130;

       WHEREAS, the parties subsequently filed a joint letter agreeing that attorneys' fees in the amount of $74,975.50 and costs in the amount of $1,431.21 are reasonable, for a total amount of $76,406.71, and also agreed that such agreement on the reasonableness of fees and costs did not constitute a waiver of Defendants' argument against BOCA's entitlement to recover said fees and costs, Dkt. No. 134;

WHEREAS, on March 16, 2023, the Court entered an order awarding BOCA fees in the amount of $74,975.50 and costs in the amount of $1,431.21, for a total amount of $76,406.71, Dkt. No. 135;

WHEREAS, no portion of the foregoing fees and costs have been paid to BOCA; therefore, it is hereby

ORDERED that Plaintiff is entitled to a supplemental judgment for the unpaid award. The Clerk of Court is respectfully directed to enter a supplemental judgment in the amount of $76,406.71 for Plaintiff.

SO ORDERED.

Dated: May 5, 2023
New York, New York

_____
LEWIS J. LIMAN
United States District Judge