UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BOC AVIATION LIMITED,

                Plaintiff,                      22 **CIVIL** 2070 (LJL)

    -against-                       **SUPPLEMENTAL JUDGMENT**
                                            **For Attorney's Fees and costs**

AIRBRIDGECARGO AIRLINES, LLC, and
VOLGA-DNEPR LOGISTICS B.V.,

               Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 5, 2023, Plaintiff is entitled to a supplemental judgment for the unpaid award. A supplemental judgment is entered in the amount of $76,406.71 for Plaintiff.

**Dated:**  New York, New York
          May 8, 2023

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                               **Clerk of Court**
                          **BY:**      *K. Mango*
                                                                _____
                                                               **Deputy Clerk**