UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BOC AVIATION LIMITED,

                Plaintiff,                              22 **CIVIL** 2070 (LJL)

      -against-                           **SUPPLEMENTAL JUDGMENT**
                                                                         Concerning Accrued Sanctions

AIRBRIDGECARGO AIRLINES, LLC, and
VOLGA-DNEPR LOGISTICS B.V.,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 12, 2023, that the compensatory sanctions payable to Plaintiff arising from Defendants' violations of the Court's orders as to Replacement Engines are dismissed; and it is further ORDERED that Plaintiff is entitled to a supplemental judgment awarding it an additional recovery against AirBridge in the amount of $1,460,000 and an additional recovery against Volga-Dnepr in the amount of $1,460,000 arising from the violation of the Court's orders as to the Aircraft Documentation. Supplemental Judgment entered in the amount of $2,920,000 for Plaintiff.

**Dated:** New York, New York
             June 12, 2023

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                             **Clerk of Court**

                      **BY:**

                                                            **Deputy Clerk**